UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| LAURA LEANNE TODARO, ET AL. | * | CIVIL ACTION NO. 12-2027 |
| VERSUS | * | JUDGE S. MAURICE HICKS |
| TUTLE & TUTLE TRUCKING, INC. | * | MAG. JUDGE KAREN L. HAYES |

## ORDER

The court has reviewed National Specialty Insurance Company's Third Amended Notice of Removal filed in response to the court's several orders. [doc. #s 5, 9, & 13]. The court finds that removing defendant has made the necessary allegations to establish diversity jurisdiction. 28 U.S.C. § 1332.

THUS DONE AND SIGNED, in chambers, at Monroe, Louisiana, this 3rd day of October 2012.

KAREN L. HAYES
U. S. MAGISTRATE JUDGE